PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for



Western District of Texas

### Report on Offender Under Supervision

Name of Offender:  Oscar Ochoa                    Case Number: A-01-CR-030(3)

Name of Sentencing Judicial Officer:  Honorable James R. Nowlin, Senior U.S. District Judge

Date of Original Sentence:  September 17, 2002

Original Offense:  Possession and Attempted Possession of Cocaine with Intent to Distribute;
Aiding and Abetting; 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2

Original Sentence: 60 months custody, 5 years supervised release, $100 special assessment, and
substance abuse treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: July 7, 2006

### NONCOMPLIANCE SUMMARY

**Violation Special Condition No. 4: "The defendant shall not use alcohol or other
intoxicants during the term of supervision."**

Nature of Noncompliance: On March 14, 2008, Ochoa reported to the U.S. Probation Office and
submitted a urine sample that tested positive for Marijuana by the U.S. Pretrial Lab in San Antonio
on March 20, 2008.  It should be noted that Ochoa admitted to using Marijuana at the time of
submission.

U.S. Probation Officer Action: No Court action is requested at this time. Ochoa will be referred back to substance abuse counseling and color-code urinalysis if it pleases the court. Ochoa previously underwent substance abuse treatment and completed the program on October 9, 2007.

Respectfully submitted,

Craig A. Handy
U.S. Probation Officer
Date: March 27, 2008

Approved:    Martha G. Reyna
Martha G. Reyna
Supervising U.S. Probation Officer

Court Action Recommended:

[✓]    No Action

[  ]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[  ]    Other

Approved:

Honorable Andrew W. Austin
U.S. Magistrate Judge

3/28/08
Date