PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

FILED

for



Western District of Texas

2008 OCT 14 PM 4: 13

### Report on Offender Under Supervision

Name of Offender:  Oscar Ochoa

Case Number: A-01-CR-030(3)

Name of Sentencing Judicial Officer:  Honorable James R. Nowlin, Senior U.S. District Judge

Date of Original Sentence:  September 17, 2002

Original Offense:  Possession and Attempted Possession of Cocaine with Intent to Distribute; Aiding and Abetting; 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2

Original Sentence: 60 months custody, 5 years supervised release, $100 special assessment, and substance abuse treatment

Type of Supervision: Supervised Release

Date Supervision Commenced: July 7, 2006

### NONCOMPLIANCE SUMMARY

**Violation Special Condition No. 1: "The defendant shall not commit another federal, state, or local crime during the term of supervision."**

Nature of Noncompliance: On September 29, 2008, this officer received notice that Oscar Ochoa was arrested and charged with Driving While Intoxicated by the Austin Police Department on or about September 27, 2008. The affidavit notes that Ochoa was initially stopped for driving at the rate of 80 mph in a 55 mph zone, screeching tires and swaying in a single lane. The affidavit indicates Ochoa failed the field sobriety test and admitted to drinking four twelve ounce Bud Lights. The affidavit further states that marijuana was found in the vehicle.

**U.S. Probation Officer Action:** No Court action is requested at this time pending the disposition of the case. Ochoa is currently participating in substance abuse counseling and color-code urinalysis and will report weekly to the U.S. Probation Office until otherwise instructed. It should be noted that Ochoa denies admitting to drinking alcohol or wittingly possessing marijuana. According to Ochoa, he was picking up his vehicle from a friend who he hired to make some repairs. Ochoa claims that the marijuana found in the vehicle belongs to his friend. It should also be noted that Ochoa refused a breath test. Ochoa is currently out on bond and has retained counsel.

Respectfully submitted,

Craig A. Handy
U.S. Probation Officer
Date:  October 9, 2008

Approved:

Martha G. Reyna
Supervising U.S. Probation Officer

Court Action Recommended:

[✓]    No Action

[✓]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[  ]    Other

Approved:

Honorable Andrew W. Austin
U.S. Magistrate Judge

10/14/08
Date