PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

**FILED**

for

2009 FEB 26 PM 4:41

Western District of Texas

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

## Report on Offender Under Supervision

Name of Offender:  Oscar Ochoa                    Case Number: <u>A-01-CR-030(3)</u>

Name of Sentencing Judicial Officer:  <u>Honorable James R. Nowlin, Senior U.S. District Judge</u>

Date of Original Sentence:  <u>September 17, 2002</u>

Original Offense:  <u>Possession and Attempted Possession of Cocaine with Intent to Distribute; Aiding and Abetting; 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2</u>

Original Sentence: <u>60 months custody, 5 years supervised release, $100 special assessment, and substance abuse treatment</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>July 7, 2006</u>

## NONCOMPLIANCE SUMMARY

**Violation Special Condition No. 1: "The defendant shall not commit another federal, state, or local crime during the term of supervision."**

<u>Nature of Noncompliance</u>: On February 23, 2009, USPO received a copy of an affidavit for arrest completed by the Austin Police Department indicating that Oscar Ochoa was charged with Possession of Marijuana on or about January 24, 2009.  According to the affidavit, Ochoa was initially stopped due to a non-working license plate light.  Upon making contact with Ochoa the arresting officer smelled the odor of marijuana emanating from the vehicle.  Ochoa told the officer that his wife smoked in the vehicle earlier that day.  Ochoa authorized a search of the vehicle and the officer found a baggie of marijuana in Ochoa's wife's purse.  Ochoa's wife was not in the vehicle at the time and Ochoa was arrested and charged accordingly.  It should be noted that Ochoa claims that the marijuana belonged to his wife.  USPO spoke with Ochoa's wife on February 4, 2009, who claims that the marijuana was her's and she plans to submit a statement to the court to that effect.  Ochoa is currently out on bond and the case listed under Travis County cause no. 09-04238 remains pending.

<u>U.S. Probation Officer Action</u>: No Court action is requested at this time pending the disposition of the case. Ochoa continues to participate in substance abuse counseling and color-code urinalysis.

Respectfully submitted,

Craig A. Handy
U.S. Probation Officer
Date: February 24, 2009

Approved: Martha G. Reyna
Supervising U.S. Probation Officer

Court Action Recommended:

[✓]   No Action

[ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   Other

Approved:

Honorable Andrew W. Austin
U.S. Magistrate Judge

2/24/09
Date