AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

RECEIVED
UNITED STATES MARSHAL

'09 OCT 30  PM 12: 00

WESTERN DISTRICT OF TEXAS
AUSTIN TEXAS

UNITED STATES OF AMERICA

V.

Oscar Ochoa

**WARRANT FOR ARREST**

Case Number:  A-01-CR-030(3)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Oscar Ochoa _____

                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment          ☐ Information          ☐ Complaint          ☐ Order of court

☐ Pretrial Release          Probation          x  Supervised Release    ☐ Violation Notice
   Violation Petition       Violation Petition    Violation

charging him or her with   (brief description of offense)

x  in violation of Title   18 _____ United States Code, Section(s)   3606 _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

   in violation of the conditions of his or her supervision imposed by the court.

WILLIAM G. PUTNICKI _____          Deanna Massie _____
        Name of Issuing Officer                                   Signature of Issuing Officer

_____ Title of Issuing Officer _____          OCT 2 9 2009 Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |