AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

FILED

NOV - 4 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Oscar Ochoa

**WARRANT FOR ARREST**

Case Number:   A-01-CR-030(3)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Oscar Ochoa_____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment          ☐ Information          ☐ Complaint          ☐ Order of court

☐ Pretrial Release         Probation          x  Supervised Release  ☐ Violation Notice
  Violation Petition       Violation Petition     Violation

charging him or her with    (brief description of offense)

x  in violation of Title    18_____ United States Code, Section(s)  ____3606_____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

in violation of the conditions of his or her supervision imposed by the court.

_WILLIAM G. PUTNICKI_____         Deanna Mussie

Name of Issuing Officer                              Signature of Issuing Officer

_____            OCT 2 9 2009

Title of Issuing Officer                           Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |
| 4011 McKinney Falls Parkway, Austin, TX |

| DATE RECEIVED 10/29/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/04/09 | Keith Conley | MKC |