

# MEMORANDUM

## FILED

MAR 1 0 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DATE:        March 9, 2010

TO:          Honorable Andrew Austin
             U.S. Magistrate Judge

FROM:        Laura W. Howard
             U.S. Probation Officer

SUBJECT:     **OCHOA, Oscar**
             **Dkt. No. A-01-CR-030(3)JRN**
             **Status Update**

Pursuant to Your Honor's request for a status update, this memo is to advise the Court of Ochoa's progress. He has maintained compliance with supervision and has verified employment. He is participating in a 21 week cognitive class through one of our drug treatment providers and is scheduled for completion in June, 2010. Staffings with his counselor indicate that he participates and is appropriate in the sessions. Ochoa is compliant with random drug testing and reporting.

I have spoke with Travis County Prosecutor, Mark Pryor (512-854-9794). He advised that Ochoa is not eligible for the SHORT program and would likely be offered a plea for a period of jail time. He is set for a pretrial hearing for March 25, 2009, in the 167th District Court. The cause has been indicted under Cause No. 09-206-045.

Please contact me at (512) 916-5761 ext. 247 if further information is needed.