# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§<br>§ | |
| V. | §<br>§ | **CRIMINAL NO:**<br>**AU:01-CR-030(3)JRN** |
| | §<br>§ | |
| OSCAR OCHOA<br>Defendant. | §<br>§<br>§ | |

## CERTIFICATE OF SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

COMES NOW, Defendant Oscar Ochoa, by and through undersigned counsel and files this Certificate of Service in support of document number 104 in the above referenced matter.

Respectfully submitted,

**TOLAND LAW FIRM, P.C.**
818 W. 10th Street
Austin, Texas 78701
Tele: (512) 460-3090
Facsimile: (512) 477-5294

John Stephen Toland
State Bar No. 24029863
**ATTORNEY FOR DEFENDANT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§<br>§ | |
| V. | §<br>§<br>§ | CRIMINAL NO:AU:01-CR-030(3)JRN |
| OSCAR OCHOA<br>Defendant. | §<br>§<br>§ | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2010, a true and correct copy of the Status

Update in Support of Defendant's Motion to Request Additional time was electronically

mailed to Mark Lane, the Assistant United State Attorney at mark.lane@usdoj.gov and to

Laura Howard with the United States Probation Office at

Laura_Howard@txwp.uscourts.gov.

      s/ John Stephen Toland
JOHN STEPHEN TOLAND
ATTORNEY FOR DEFENDANT