## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. A-01-CR-030(3) JRN** |
| | § | |
| **OSCAR OCHOA** | § | |

## ORDER

The Court is in receipt of the Status Report in Support of Defendant's Motion to Request Additional Time (Clerk's Doc. No. 110).  From that update, it appears that the Defendant will not be permitted to participate in the SHORT program addressed in the undersigned's Report and Recommendation in this case dated November 9, 2009 (Clerk's Doc. No. 100), but has received a favorable (time served) disposition of the underlying state court charges.

As has been noted in prior orders, one of the primary factors in the Court's decision to recommend last fall that the Defendant be continued on supervision, was the Defendant's planned participation in the SHORT program.  Given the changed circumstances, the Court hereby DIRECTS that the Probation Office review the Defendant's existing conditions, as well the disposition of the state charges, and make a recommendation in writing, served on the Defendant and the AUSA, addressing whether the Court should modify the Defendant's conditions, or otherwise take any different action than that taken in November 2009.   This report shall be submitted no later than April 17, 2010.  After receiving the report, the Court will set any necessary hearings.

SIGNED this 7th day of April, 2010.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE